COURT OF APPEALS

                                      SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.  2-09-149-CR

 

 

STEPHEN
LEE ROGERS                                                         APPELLANT

                                                   V.

THE
STATE OF TEXAS                                                                STATE

                                               ----------

        FROM CRIMINAL DISTRICT COURT NO. 3 OF
TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered AAppellant=s Motion
Dismiss Appeal.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure. Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal. 
See Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 








DELIVERED: July 23, 2009











[1]See Tex. R. App. P. 47.4.